STATE of Missouri, Plaintiff-Respondent,

v.

**Michael PHILLIPS,**
**Defendant-Appellant.**

No. 50269.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 12, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Sept. 24, 1986.

Application to Transfer
Denied Nov. 18, 1986.

Henry Robertson, St. Louis, for plaintiff-respondent.

Carrie Francke, Asst. Atty. Gen., Jefferson City, for defendant-appellant.

ORDER

Defendant appeals after being convicted by a jury of murder in the first degree and sentenced as a persistent offender to a term of life imprisonment. We affirm. No jurisprudential purpose would be served by an extended opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).